UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, et al. | CIVIL ACTION |
| VERSUS | NO: 23-01455 |
| DIXIE MARINE, INC. | SECTION: T (3) |

### ORDER

Before the Court is Defendant Dixie Marine, Inc.'s Motion to Strike two Motions for Summary Judgment (R. Docs. 68 and 69) as untimely filed. R. Doc. 70. The Court desires a response from the movants of the Motions for Summary Judgment.

Accordingly,

**IT IS ORDERED** that the movants of the Motions for Summary Judgment (R. Docs. 68 and 69) file a response to Defendant's Motion to Strike (R. Doc. 70) on or before February 19, 2025. Defendant may file a response on or before February 21, 2025, at which time the matter will be submitted.

New Orleans, Louisiana, this 14th day of February 2025.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE