UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-1455 |
| DIXIE MARINE, INC. | SECTION: "T" (3) |

### ORDER CANCELLING SETTLEMENT CONFERENCE

Prior to the scheduled settlement conference, counsel advised that the case has settled. The settlement conference set for Friday, March 14, 2025, at 10:30 a.m. is **CANCELLED**. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

New Orleans, Louisiana, this 28th day of February, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE