UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, et al. | CIVIL ACTION |
| VERSUS | NO: 23-01455 |
| DIXIE MARINE, INC. | SECTION: T (3) |

## ORDER OF DISMISSAL

The Court, having been advised by counsel for Defendant that the parties have agreed in principle to settle the disputes between them in the above-captioned matter, orders as follows:

**IT IS ORDERED** that this action is dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 28th day of February 2025.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE